

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

Nos. 04-13-00658-CR, 04-13-00659-CR & 04-13-00660-CR

George Edward **PURDY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court Nos. 4482, 4958 & 4959
Honorable N. Keith Williams, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARION

In accordance with this court's opinion of this date, these appeals are DISMISSED.

SIGNED November 13, 2013.

_____
Catherine Stone, Chief Justice